| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MCGREGOR W. SCOTT<br>United States Attorney<br>DAVID W. SPENCER<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |
| 6<br>7 | Attorneys for Plaintiff<br>United States of America |

**FILED**
Jan 11, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Jose Guadalupe LOPEZ-ZAMORA,<br>Leonardo FLORES BELTRAN,<br>Christian Anthony ROMERO,<br>Jason Lamar LEE,<br>Alejandro TELLO,<br>Joaquin Alberto SOTELO VALDEZ,<br>Sandro ESCOBEDO,<br>Rudi Jean Carlos FLORES,<br>Erika Gabriela ZAMORA ROJO, and<br>Jose Luis AGUILAR SAUCEDO | CASE NO. 2:21-mj-0008 KJN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: January 11, 2021

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

SEALING ORDER