AO 442 (Rev. 11/11 (modified) Arrest Warrant

11223745
RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA

2021 JAN 12 AM 9:19

FILED
JAN 15 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.
Jose Guadalupe LOPEZ-ZAMORA

Defendant

Case No.  2:21-cr-0007-MCE
2:21-mj-0008 KJN

UNSEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jose Guadalupe LOPEZ-ZAMORA,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE – Conspiracy to Distribute and Possess with Intent to Distribute at least 400 grams of a mixture and substance containing Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 846 (September 13, 2019 to the present).

COUNT TWO – Possession with Intent to Distribute at least 50 grams of methamphetamine (actual), in violation of 21 U.S.C. § 841(a)(1) (November 18, 2020).

Date: January 11, 2021

*Issuing officer's signature*

City and state: Sacramento, California

Kendall J. Newman, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1-12-2021, and the person was arrested on *(date)* 1-13-2021
at *(city and state)* SACRAMENTO, CA.

Date: 1-14-2021

*Arresting officer's signature*

M. Benjamin Alencastre    DUSM, United States Magistrate Judge
*Printed name and title*