PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GUADALUPE LOPEZ-ZAMORA,<br>LEONARDO FLORES BELTRAN,<br>CHRISTIAN ANTHONY ROMERO,<br>JASON LAMAR LEE,<br>BAUDELIO VIZCARRA, JR.,<br>JOAQUIN ALBERTO SOTELO VALDEZ,<br>RUDI JEAN CARLOS FLORES,<br>ERIKA GABRIELA ZAMORA ROJO,<br>ALEJANDRO TELLO,<br>JAVIER HERNANDEZ,<br>MATEO ELIAS GUERRERO-GONZALES,<br>and<br>JOSE LUIS AGUILAR SAUCEDO,<br><br>Defendants. | CASE NO. 2:21-CR-0007-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: August 26, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the above-captioned defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 26, 2021.

2.  By this stipulation, defendants now move to continue the status conference until December 9, 2021, and to exclude time between August 26, 2021, and December 9, 2021, under Local Codes T2 and T4.

3.  The parties agree and stipulate, and request that the Court find the following:

   a)  The grand jury returned an indictment in this case on January 28, 2021. Fourteen defendants are named in the publicly filed indictment. The names of two additional defendants who have not yet been arrested are redacted from the publicly filed indictment.

   b)  On February 24, 2021, defendant Mateo Guerrero-Gonzales made his initial appearance in the case and was arraigned on the Indictment. ECF No. 111.

   c)  On March 5, 2021, defendant Javier Hernandez made his initial appearance in the case and was arraigned on the Indictment. ECF No. 123.

   d)  On April 13, 2021, defendant Baudelio Vizcarra, Jr. made his initial appearance in the case and was arraigned on the Indictment. ECF No. 137. On May 4, 2021, the Court signed an order substituting attorney Sanjay Sobti as counsel of record for defendant Vizcarra. ECF No. 160.

   e)  On April 29, 2021, defendant Christopher Williams made his initial appearance in the case and was arraigned on the Indictment. ECF No. 153.

   f)  On May 11, 2021, the Court signed an order substituting attorney Kresta Daly as counsel of record for defendant Christian Romero. ECF No. 162.

   g)  The government has represented that the discovery associated with this case to date includes approximately 7,720 pages of materials, including investigative reports, photographs, search warrant materials, and other documents, as well as voluminous audio and video recordings and approximately 978 recorded phone calls intercepted pursuant to the Title III wiretap in this case. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   h)  Counsel for defendants need additional time to review the voluminous discovery in this case, to conduct independent factual investigation, to research trial and sentencing issues, to consult with their clients, and to otherwise prepare for trial.

    i)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    j)  The government does not object to the continuance.

    k)  In addition, this case is "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2], as this Court previously found in its February 10, 2021 Order (ECF No. 103) and subsequent orders.

    l)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    m)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 26, 2021 to December 9, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

Dated: August 20, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: August 20, 2021

/s/ Todd D. Leras
Todd D. Leras
Counsel for Defendant
JOSE GUADALUPE LOPEZ-ZAMORA

Dated: August 20, 2021

/s/ Christopher R. Cosca
Christopher R. Cosca
Counsel for Defendant
LEONARDO FLORES BELTRAN

Dated: August 20, 2021

/s/ Kresta N. Daly
Kresta N. Daly
Counsel for Defendant
CHRISTIAN ANTHONY ROMERO

Dated: August 20, 2021

/s/ Olaf W. Hedberg
Olaf W. Hedberg
Counsel for Defendant
JASON LAMAR LEE

Dated: August 20, 2021

/s/ Sanjay Sobti
Sanjay Sobti
Counsel for Defendant
BAUDELIO VIZCARRA, JR.

Dated: August 20, 2021

/s/ Michael D. Long
Michael D. Long
Counsel for Defendant
JOAQUIN ALBERTO SOTELO VALDEZ

Dated: August 20, 2021

/s/ Tasha P. Chalfant
Tasha P. Chalfant
Counsel for Defendant
RUDI JEAN CARLOS FLORES

Dated: August 20, 2021 /s/ Martin Tejeda
Martin Tejeda
Counsel for Defendant
ERIKA GABRIELA ZAMORA ROJO

Dated: August 20, 2021 /s/ Michael Jared Favero
Michael Jared Favero
Counsel for Defendant
ALEJANDRO TELLO

Dated: August 20, 2021 /s/ Kelly Babineau
Kelly Babineau
Counsel for Defendant
JAVIER HERNANDEZ

Dated: August 20, 2021 /s/ Eduardo Garnica
Eduardo Garnica
Counsel for Defendant
MATEO ELIAS GUERRERO-GONZALES

Dated: August 20, 2021 /s/ Dina L. Santos
Dina L. Santos
Counsel for Defendant
JOSE LUIS AGUILAR SAUCEDO

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this ____ day of _____, _____.

THE HONORABLE MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE