# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | United States v. Lopez-Zamora, et al., 2:21-cr-0007-JAM | Date: | March 7, 2022 |
|---|---|---|---|
| To: | The Honorable Jeremy D. Peterson | From: | David Spencer<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700<br>Fax: (916) 554-2900 |

   The United States requests that the Court set the following defendants above-referenced matter for the Court's 2:00 p.m. calendar on **March 10, 2022**, for arraignment on the superseding indictment filed on March 3, 2022:  **Leonardo Flores Beltran, Jason Lamar Lee, Baudelio Vizcarra, Jr., Joaquin Alberto Sotelo Valdez, Erika Gabriela Zamora Rojo, and Javier Hernandez**.

   The United States requests that the Court set the following defendants above-referenced matter for the Court's 2:00 p.m. calendar on **March 15, 2022**, for arraignment on the superseding indictment filed on March 3, 2022: **Jose Guadalupe Lopez-Zamora, Christian Anthony Romero, Rudi Jean Carlos Flores, and Jose Luis Aguilar Saucedo**.

   The parties have been contacted informally, and they will have additional notice through this request and any further notice the Court files.