1   PHILLIP A. TALBERT
    United States Attorney
2   DAVID W. SPENCER
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                CASE NO.  2:21-CR-0007-DAD

12                          Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                              TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                          v.                [PROPOSED] ORDER

14  JOSE GUADALUPE LOPEZ-ZAMORA,             DATE: September 22, 2022
    LEONARDO FLORES BELTRAN,                 TIME: 9:30 a.m.
15  CHRISTIAN ANTHONY ROMERO,                COURT: Hon. Dale A. Drozd
    JOAQUIN ALBERTO SOTELO VALDEZ,
16  ERIKA GABRIELA ZAMORA ROJO,
    JOSE LUIS AGUILAR SAUCEDO, and
17  ROSARIO ZAMORA ROJO,

18                          Defendants.

19

20                             **STIPULATION**

21       Plaintiff United States of America, by and through its counsel of record, and the above-captioned

22  defendants, by and through their respective counsel of record, hereby stipulate as follows:

23       1.      By previous order, this matter was set for status on September 22, 2022.

24       2.      By this stipulation, defendants now move to continue the status conference until

25  September 22, 2022, and to exclude time between September 22, 2022, and December 13, 2022, under

26  Local Codes T2 and T4.

27       3.      The parties agree and stipulate, and request that the Court find the following:

28

    STIPULATION REGARDING EXCLUDABLE TIME              1
    PERIODS UNDER SPEEDY TRIAL ACT

a)      The grand jury returned an indictment in this case on January 28, 2021.  Fourteen defendants are named in the publicly filed indictment.  The names of two additional defendants who have not yet been arrested are redacted from the publicly filed indictment.

b)      On May 11, 2021, the Court signed an order substituting attorney Kresta Daly as counsel of record for defendant Christian Romero.  ECF No. 162.

c)      On January 4, 2022, defendant Rosario Zamora Rojo made his initial appearance on a criminal complaint.  *See* 2:21-MJ-00153-DB, ECF No. 5.

d)      On March 3, 2022, the grand jury returned a superseding indictment adding Rosario Zamora Rojo as a defendant and adding a money-laundering conspiracy charge against defendants Jose Lopez-Zamora and Erika Zamora Rojo.  ECF No. 276.

e)      The government has represented that the discovery associated with this case to date includes approximately 7,720 pages of materials, including investigative reports, photographs, search warrant materials, and other documents, as well as voluminous audio and video recordings and approximately 978 recorded phone calls intercepted pursuant to the Title III wiretap in this case.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

f)      Counsel for defendants need additional time to review the voluminous discovery in this case, to conduct independent factual investigation, to research trial and sentencing issues, to consult with their clients, and to otherwise prepare for trial.

g)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

h)      The government does not object to the continuance.

i)      In addition, this case is "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2], as this Court previously found in its February 10, 2021 Order (ECF No. 103) and subsequent orders.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

j)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

k)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 22, 2022 to December 13, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 14, 2022                           PHILLIP A. TALBERT
                                                    United States Attorney


                                                    /s/ DAVID W. SPENCER
                                                    DAVID W. SPENCER
                                                    Assistant United States Attorney


Dated:  September 14, 2022                           /s/ Todd D. Leras
                                                    Todd D. Leras
                                                    Counsel for Defendant
                                                    JOSE GUADALUPE LOPEZ-
                                                    ZAMORA

Dated:  September 14, 2022                           /s/ Christopher R. Cosca
                                                    Christopher R. Cosca
                                                    Counsel for Defendant
                                                    LEONARDO FLORES BELTRAN


Dated:  September 14, 2022                           /s/ Kresta N. Daly
                                                    Kresta N. Daly
                                                    Counsel for Defendant
                                                    CHRISTIAN ANTHONY ROMERO

Dated:  September 14, 2022                    /s/ Michael D. Long
                                              _____
                                              Michael D. Long
                                              Counsel for Defendant
                                              JOAQUIN ALBERTO SOTELO
                                              VALDEZ


Dated:  September 14, 2022                    /s/ Martin Tejeda
                                              _____
                                              Martin Tejeda
                                              Counsel for Defendant
                                              ERIKA GABRIELA ZAMORA ROJO


Dated:  September 14, 2022                    /s/ Dina L. Santos
                                              _____
                                              Dina L. Santos
                                              Counsel for Defendant
                                              JOSE LUIS AGUILAR SAUCEDO


Dated:  September 14, 2022                    /s/ Shari Rusk
                                              _____
                                              Shari Rusk
                                              Counsel for Defendant
                                              ROSARIO ZAMORA ROJO


## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this _____ day of _____, _____.


                                              _____
                                              THE HONORABLE DALE A. DROZD
                                              UNITED STATES DISTRICT JUDGE