MARTIN E. TEJEDA (#210298)
Attorney at Law
816 H Street, Suite 200
Sacramento, California 95814
Telephone: (916) 498-1321

Attorney for Defendant
Erika Zamora Rojo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br> v.<br><br>ERIKA ZAMORA ROJO,<br><br>   Defendant, | Case No. 2:21-CR-00007-DAD<br><br>SUBSTITUTION OF ATTORNEY |

It is respectfully requested that Attorney MARTIN TEJEDA be relieved as attorney of record in the above captioned case and that attorney JENNIFER MOUZIS, 1819 K Street, Suite 200, Sacramento, California 95811; telephone number (916) 822-8702, be substituted in as appointed counsel for Ms. Zamora Rojo. The court separately received a financial affidavit from this client.

Dated: October 26, 2022

                      Respectfully submitted,

                      /s/
                      Martin Tejeda
                      Attorney

I accept the substitution and ask to be appointed.

DATED: October 27, 2022

/s/
Jennifer Mouzis
Attorney at Law

I consent to the substitution.

DATED: October 26, 2022

Erika Zamora Rojo
Defendant

# ORDER

IT IS SO ORDERED.

DATED: _____ , 2020

_____

United States District Court Judge