Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, CA 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
CHRISTIAN ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CHRISTIAN ROMERO, et. al,<br><br>   Defendant. | Case No. 2:21-CR-00007-DAD<br><br>**NOTICE OF FILING UNDER SEAL** |

Kresta Daly, attorney for Christian Romero, provides notice that an Application[s] to Seal is/are being filed regarding Mr. Romero. The documents sought to be sealed are in support of the Application for the Appointment of a Discovery Coordinating Attorney. The documents in support of the application contain privileged materials. Such privileges include, but are not limited to, the work product and attorney-client privilege. The documents were not served on any other party. The Application to Seal and Proposed Order will be electronically mailed to the Court for consideration.

For these reasons, the defense respectfully requests that the documents requesting to be filed under seal, remain under seal until further Order of the Court.

//

1  Dated:  January 18, 2023

2                                              By      s/ Kresta Daly
3                                                      KRESTA NORA DALY
4                                                      Attorney for Christian Romero