UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>        v.<br><br>Jose Guadalupe Lopez-Zamora,<br>Leonardo Flores Beltran,<br>Christian Anthony Romero,<br>Baudelio Vizcarra, Jr.,<br>Joaquin Alberto Sotelo Valdez,<br>Erika Gabriela Zamora Rojo,<br>Alejandro Tello,<br>Jose Luis Aguilar Saucedo, and<br>Rosario Zamora Rojo,<br><br>                Defendants. | Case No.:   2:21-cr-00007-DAD<br><br>Hon. Dale A. Drozd<br><br>**ORDER TO FILE COORDINATING DISCOVERY ATTORNEY'S FEBRUARY 2023 STATUS REPORT *EX PARTE* AND UNDER SEAL** |

Application for Order to File Documents *Ex Parte* and **Under Seal** having been made in the above-entitled matter, the Court being fully advised and good cause appearing,

**IT IS HEREBY ORDERED** that the following items be filed *ex parte* and **under seal** and their confidentiality maintained:

1

(1) *Ex Parte* and Under Seal February 2023 Status Report of the Coordinating Discovery Attorney; and

(2) The instant Application and Order Sealing.

IT IS SO ORDERED.

Dated:  **March 15, 2023**

_____
UNITED STATES DISTRICT JUDGE