LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOSE LOPEZ ZAMORA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE GUADALUPE LOPEZ-ZAMORA, LEONARDO FLORES BELTRAN, CHRISTIAN ANTHONY ROMERO, JOAQUIN ALBERTO SOTELO VALDEZ, ERIKA GABRIELA ZAMORA ROJO, JOSE LUIS AGUILAR SAUCEDO, and ROSARIO ZAMORA ROJO,<br><br>　　　　Defendants. | Case No.: 2:21-cr-007 DAD<br><br>AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　March 28, 2023<br>Time:　　9:30 a.m.<br>Court:　　Hon. Dale A. Drozd |

　　　Plaintiff United States of America by and through Assistant United States Attorney David

Spencer, and Attorney Todd Leras on behalf of Defendant Jose Lopez Zamora, Attorney

Christopher Cosca on behalf of Defendant Leonardo Flores Beltran, Attorney Kresta Daly on

behalf of Defendant Christian Romero, Attorney Michael Long on behalf of Defendant Joaquin

ORDER CONTINUING STATUS
CONFERENCE

Sotelo Valdez, Attorney Jennifer Mouzis on behalf of Defendant Erika Zamora Rojo, Attorney Dina Santos on behalf of Defendant Jose Aguilar Saucedo, and Attorney Shari Rusk on behalf of Defendant Rosario Zamora Rojo, stipulate as follows:

1. This matter is set for a status conference on March 28, 2023. Defendants move to continue the status conference to June 27, 2023. A previous version of this stipulation (ECF Document 438) inadvertently omitted Defendant Leonardo Flores Beltran. Defendant Flores Beltran joins in the request to continue the status conference.

2. This case alleges the existence of a drug distribution conspiracy involving, among other substances, fentanyl, cocaine, and methamphetamine. The Drug Enforcement Administration's investigation included controlled purchases of various controlled substances and the use of Court-authorized wiretaps on telephones associated with the drug distribution conspiracy, including a phone being used to coordinate deliveries from Mexico.

3. This matter was originally assigned to Senior United States District Judge Morrison C. England, Jr. On November 9, 2021, Chief Judge Mueller reassigned this matter to United States District Judge John A. Mendez (ECF Entry 226). On March 3, 2022, the United States filed a Superseding Indictment (ECF Entry 276). The Superseding Indictment included, among other changes from the original Indictment, expansion of the date range for the charged conspiracy by approximately one year. It also added a money laundering conspiracy and heroin distribution charges. On April 19, 2022, Chief Judge Mueller reassigned the matter to United States District Judge Troy L.

ORDER CONTINUING STATUS
CONFERENCE

Nunley due to Judge Mendez's change to senior status.  (ECF Entry 317).

4. On August 5, 2022, Chief Judge Mueller, based on express consideration of the equitable distribution of caseloads, reassigned this matter to this Court for all future proceedings.  (ECF Entry 357).  On October 11, 2022, Attorney Martin Tejeda filed a Motion to Withdraw as Counsel of Record for Defendant Erika Zamora Rojo (ECF Entry 382).  This Court heard and granted the motion to withdraw on October 25, 2022.  (ECF Entry 393).  The Court granted a substitution request allowing Attorney Jennifer Mouzis to represent Defendant Erika Zamora Rojo as appointed counsel in this matter on December 5, 2022.  (ECF Entry 408).

5. The discovery in this case is voluminous, consisting of approximately 7,800 pages of reports, transcripts, photographs, and other materials produced during the investigation.  The intercepted telephone calls alone comprise hundreds of hours of conversations between various participants in both English and Spanish.  On January 19, 2023, this Court approved the appointment of Discovery Coordinating Attorney John C. Ellis to assist with the discovery materials produced by the government.  (ECF Entry 426).  During the first week of March 2023, Mr. Ellis produced to defense counsel flash drives containing the complete discovery materials produced to date along with various tools to assist in accessing them.  On March 21, 2023, defense counsel received an email invitation to participate in training to use the tools and programs needed to access all the discovery materials contained on the flash drives.  The training has not yet been scheduled.

6. Defendants Lopez Zamora and Sotelo Valdez are housed at the Wayne Brown

ORDER CONTINUING STATUS
CONFERENCE

Correctional Facility (WBCF) in Nevada City, California.  WBCF is approximately sixty-five miles from downtown Sacramento.  Attorney travel for client visits is therefore a necessary part of discovery review and defense preparation in this case.  In addition, WBCF restricts attorney use of electronic devices, requiring facility pre-approval and assignment to a specific visiting area before access to audio and video evidence during client meetings is permitted.  These restrictions complicate review of recorded portions of the discovery with Mr. Lopez Zamora and Mr. Sotelo Valdez.

7. All defense counsel require additional time to continue review of the discovery materials with their respective clients and to conduct defense investigation stemming from them.

8. Given the continuing defense review of the discovery materials and investigation of matters related to them, Defendants request to continue the status conference to June 27, 2023.  They further move to exclude time between March 28, 2023 and June 27, 2023, inclusive, under Local Code T-4.  The government does not oppose the request.

9. All defense counsel represent and believe that failure to grant additional time as requested would deny Defendants the reasonable time necessary for effective preparation, considering the exercise of due diligence.

10. Based on the above-stated facts, Defendants jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

ORDER CONTINUING STATUS CONFERENCE

11. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 28, 2023 to June 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

12. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney David Spencer, Attorney Christopher Cosca on behalf of Defendant Leonardo Flores Beltran, Attorney Kresta Daly on behalf of Defendant Christian Romero, Attorney Michael Long on behalf of Defendant Joaquin Sotelo Valdez, Attorney Jennifer Mouzis on behalf of Defendant Erika Zamora Rojo, Attorney Dina Santos on behalf of Defendant Jose Aguilar Saucedo, and Attorney Shari Rusk on behalf of Defendant Rosario Zamora Rojo, have reviewed this stipulation and proposed order and authorized Todd Leras via email to sign it on behalf of their respective clients.

DATED:  March 21, 2023                        PHILLIP A. TALBERT
                                              United States Attorney

                                              By   */s/ Todd D. Leras for*
                                                   DAVID SPENCER
                                                   Assistant United States Attorney

DATED: March 21, 2023
                                              By   */s/ Todd D. Leras*
                                                   TODD D. LERAS
                                                   Attorney for Defendant
                                                   JOSE LOPEZ ZAMORA

ORDER CONTINUING STATUS CONFERENCE

1  DATED:  March 22, 2023

2                                                          By   */s/ Todd D. Leras for*
                                                                CHRISTOPHER COSCA
3                                                               Attorney for Defendant
                                                                LEONARDO FLORES BELTRAN
4

5  DATED:  March 21, 2023

                                                           By   */s/ Todd D. Leras for*
6                                                               KRESTA N. DALY,
                                                                Attorney for Defendant
7                                                               CHRISTIAN ROMORO

8
   DATED:  March 21, 2023
9
                                                           By   */s/ Todd D. Leras for*
                                                                MICHAEL D. LONG,
10                                                              Attorney for Defendant
                                                                JOAQUIN SOTELO VALDEZ
11

12 DATED:  March 21, 2023

                                                           By   */s/ Todd D. Leras for*
13                                                              JENNIFER MOUZIS
                                                                Attorney for Defendant
14                                                              ERIKA ZAMORA ROJO

15
   DATED: March 21, 2023
16
                                                           By   */s/ Todd D. Leras for*
                                                                DINA SANTOS
17                                                              Attorney for Defendant
                                                                JOSE AGUILAR SAUCEDO
18

19 DATED:  March 21, 2023

                                                           By   */s/ Todd D. Leras for*
20                                                              SHARI RUSK
                                                                Attorney for Defendant
21                                                              ROSARIO ZAMORA ROJO

22

23

24

25

26

27

28 ORDER CONTINUING STATUS
   CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for March 28, 2023, is vacated. A new status conference is scheduled for June 27, 2023, at 9:30 a.m. The Court further finds, based on the representations of the parties and the request of all defense counsel, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 28, 2023, up to and including June 27, 2023.

IT IS SO ORDERED.

DATED: _____, 2023

HONORABLE DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE