1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:21-CR-0007-DAD

12                  Plaintiff,

13          v.

14  JOSE GUADALUPE LOPEZ-ZAMORA, et al.,

15                  Defendants.

16

17  UNITED STATES OF AMERICA,              CASE NO. 2:23-CR-0115-TLN

18                  Plaintiff,

19          v.                            **NOTICE OF RELATED CASES**

20  MARGARITO CUYUCH SANCHEZ,             [EDCA L.R. 123]

21                  Defendant.

22

23      TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF

24  RECORD,

25      The United States of America, through its undersigned counsel, Assistant United States Attorney

26  David W. Spencer, hereby gives notice that the above-captioned matters are related cases within the

27  meaning of Local Rule 123.  These cases involve the same parties and/or witnesses, are based on the

28  / / /

NOTICE OF RELATED CASES                    1

1 | same or similar facts, and reassignment to the same district judge would avoid substantial duplication of

2 | labor by the Court.

3 |      In *United States v. Lopez-Zamora, et al.*, Case No. 2:21-cr-0007-DAD, defendants were charged

4 | in a fourteen-count Superseding Indictment on March 3, 2022, with drug trafficking and money

5 | laundering offenses.  In *United States v. Cuyuch Sanchez*, Case No. 2:23-cr-0115-TLN, the defendant,

6 | Margarito Cuyuch Sanchez, was charged in a one-count Information on April 28, 2023.  The *Cuyuch*

7 | *Sanchez* Information charges the same fentanyl- and cocaine-trafficking conspiracy as Count One of the

8 | *Lopez-Zamora* Superseding Indictment.  Because Cuyuch Sanchez is alleged to have joined the same

9 | conspiracy as the defendants in the *Lopez-Zamora* case, the government's evidence for the conspiracy

10 | charge in each case is also substantially the same.

11 |      Accordingly, pursuant to Local Rule 123, the cases involve the same parties and/or witnesses,

12 | and most of the evidence for the conspiracy charges is the same in both of the above-captioned cases.

13 | Reassignment of the cases to the same district judge is "likely to effect a substantial savings of judicial

14 | effort" because it will necessarily avoid the "substantial duplication of labor" by the judiciary of this

15 | district, including any issues regarding discovery or admissibility of evidence and any questions of law

16 | that may arise thereto.  See EDCA L.R. 123(a)(3)-(4).

17 |      For the foregoing reasons, the United States believes that the above-captioned cases are related

18 | within the meaning of Local Rule 123.  Consequently, the United States respectfully requests that the

19 | above captioned cases be reassigned to the Honorable Dale A. Drozd in accordance with the provisions

20 | of the Local Rules of this district.

21 |

22 |   Dated:  May 25, 2023            PHILLIP A. TALBERT<br>United States Attorney

23 |

24 |           By:  /s/ DAVID W. SPENCER

25 |            DAVID W. SPENCER<br>Assistant United States Attorney

26 |

27 |

28 |

NOTICE OF RELATED CASES

2