LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOSE LOPEZ ZAMORA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>JOSE LOPEZ ZAMORA, JOAQUIN SOTELO VALDEZ, and JOSE AGUILAR SAUCEDO,<br><br>       Defendants. | Case No.: 2:21-cr-007 DAD<br><br>ORDER TO CONTINUE   SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:    Hon. Dale A. Drozd<br>Date:     March 10, 2025<br>Time:      9:30 a.m. |

    A Sentencing Hearing for the three Defendants listed above is presently set for March 10, 2025.  This case involves a DEA investigation of a drug distribution conspiracy which included the use of several rounds of Court-authorized wiretaps.  The discovery in the case is voluminous, requiring the assistance of a discovery coordinator.  Given the discovery volume, the assigned

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

probation officer's receipt of a discovery summary did not occur in sufficient time to meet the original Pre-Sentence Investigation Reports (PSRs) disclosure deadline for the March 10 Sentencing Hearing.  Defendant Jose Lopez Zamora recently completed his probation interview.

It is therefore requested that the Court vacate the Sentencing Hearing on March 7, 2025, and set a Sentencing Hearing on May 5, 2025.  The assigned probation officer has confirmed his availability on the requested date.  The government does not oppose the request.  The defense further requests to modify the Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

1. Draft Pre-Sentence Report Date:  March 24, 2025;

2. Informal Objections to Draft Pre-Sentence Report: April 7, 2025;

3. Final Pre-Sentence Report Date:   April 14, 2025;

4. Motion for Correction Date:  April 21, 2025; and

5.  Reply Date:  April 28, 2025

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney David Spencer, Attorney Michael Long, and Attorney Dina Santos have authorized Todd D. Leras via email to sign this stipulation.

DATED:  February 26, 2025

By     */s/ Todd D. Leras for*
         DAVID W. SPENCER
         Assistant United States Attorney

DATED: February 26, 2025

By     */s/ Todd D. Leras*
         TODD D. LERAS
         Attorney for Defendant
         JOSE LOPEZ ZAMORA

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

DATED: February 26, 2025

By  */s/ Todd D. Leras for*
MICHAEL D. LONG,
Attorney for Defendant
JOAQUIN SOTELO VALDEZ

DATED: February 26, 2025

By  */s/ Todd D. Leras for*
DINA SANTOS
Attorney for Defendant
JOSE AGUILAR SAUCEDO

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Sentencing Hearing, set for March 10, 2025, is vacated.  The Sentencing Hearing in this matter as to the three identified defendants is continued to May 5, 2025, at 9:30 a.m.   The PSR Disclosure Schedule requested by the parties is adopted.

IT IS SO ORDERED.

Dated:   **February 27, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE