LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOSE LOPEZ ZAMORA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LOPEZ ZAMORA, and JOSE AGUILAR SAUCEDO,<br><br>Defendants. | Case No.: 2:21-cr-007 DAD<br><br>ORDER TO CONTINUE   SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:      Hon. Dale A. Drozd<br>Date:       May 5, 2025<br>Time:        9:30 a.m. |

A Sentencing Hearing for the two Defendants listed above is presently set for May 5, 2025.  The Probation Department has prepared draft Pre-Sentence Investigation Reports (PSRs) for both Defendants.  Defendant Jose Lopez Zamora is housed at the Yuba County Jail, while Defendant Jose Aguilar Saucedo is housed at the Wayne Brown Correctional Facility in Nevada

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

City. This case stems from a drug distribution conspiracy investigation which involved multiple rounds of court authorized wiretap interceptions. The discovery is voluminous, requiring the use of a discovery coordinator. Given the volume of discovery and the housing location of the Defendants, defense counsel require additional time to prepare for the Sentencing Hearing.

It is therefore requested that the Court vacate the Sentencing Hearing on May 5, 2025, and set a Sentencing Hearing on July 7, 2025. The assigned probation officer has confirmed his availability on the requested date. The government does not oppose the request. The defense further requests to modify the remaining Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report: June 9, 2025;

2. Final Pre-Sentence Report Date:   June 16, 2025;

3. Motion for Correction Date:  June 23, 2025; and

4.  Reply Date:  June 30, 2025

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney David Spencer, and Attorney Dina Santos have authorized Todd D. Leras via email to sign this stipulation.

DATED: April 4, 2025

By  */s/ Todd D. Leras for*
DAVID W. SPENCER
Assistant United States Attorney

DATED: April 4, 2025

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
JOSE LOPEZ ZAMORA

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

DATED:  April 4, 2025

By /s/ Todd D. Leras for
DINA SANTOS
Attorney for Defendant
JOSE AGUILAR SAUCEDO

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Sentencing Hearing, set for May 5, 2025, is vacated and the Sentencing Hearing in this matter is continued to July 7, 2025, at 9:30 a.m.   The PSR Disclosure Schedule with related filing dates requested by the parties is adopted.

IT IS SO ORDERED.

Dated:   **April 15, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE